UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IMAD FAIEZ HAMDAN** | * | **CIVIL ACTION NO. 3:15-cv-00412** |
| *Plaintiff* | * | |
| | * | **JUDGE BRIAN A. JACKSON** |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE ERIN** |
| **TIGER BROTHERS FOOD MART INC.** | * | **WILDER-DOOMES** |
| | * | |
| *Defendant* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff Imad Faiez Hamdan, who, for the reasons in the accompanying memorandum, respectfully moves this Court for a Final Judgment awarding damages of $642,671.05 and attorney fees of $71,226 (through November 2016 to be increased after counsel for Plaintiff accounts for time for the remainder of this litigation), and permanently enjoining Defendant and its successors in interest from infringing any of Plaintiff's tradeamrks.

Date: December 5, 2016

Respectfully submitted,

*/s/ Seth M. Nehrbass*_____
Seth M. Nehrbass, Bar Roll No. 20,309, T.A.
Vanessa M. D'Souza, Bar Roll No. 31,708
Mackenzie D. Rodriguez, Bar Roll No. 32,428
GARVEY, SMITH, NEHRBASS & NORTH, L.L.C.
   Three Lakeway Center, Suite 3290
   3838 North Causeway Boulevard
   Metairie, Louisiana 70002
   Tel:   504-835-2000
   Fax:   504-835-2070
   Email: SethNehrbass@gsnn.us
   Email: VanessaDSouza@gsnn.us
   Email: MackenzieRodriguez@gsnn.us
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that on this 5th day of December, 2016, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing was sent to all counsel of record via the Court's electronic notifications system, or via electronic mail or U.S. Mail properly addressed and postage pre-paid.

/s/ *Seth M. Nehrbass*
Seth M. Nehrbass