UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IMAD FAIEZ HAMDAN** | * | **CIVIL ACTION NO. 3:15-cv-00412** |
| *Plaintiff* | * | |
| | * | **JUDGE BRIAN A. JACKSON** |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE ERIN** |
| **TIGER BROTHERS FOOD MART INC.** | * | **WILDER-DOOMES** |
| | * | |
| *Defendant* | * | |

**************************************

## ORDER

Considering the Motion for Damages filed by Plaintiff, Imad Faiez Hamdan, it is hereby ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that Defendant, Tiger Brothers Food Mart, Inc., and its successors in interest, are PERMANENTLY ENJOINED from using "BROTHER'S" or "BROTHERS FOOD MART" in connection with its business.

IT IS FURTHER ORDERED that Defendant's profits and damages in the amount of $642,671.05 are due to Plaintiff, Imad Faiez Hamdan.

IT IS FURTHER ORDERED that Plaintiff Imad Faiez Hamdan is awarded $71,226 in attorney fees (through November 2016 to be increased after counsel for Plaintiff accounts for time for the remainder of this litigation).

Baton Rouge, Louisiana, this _____ day of _____, 2016.

By: _____
     JUDGE