The Derbes Law Firm, L.L.C.
3027 Ridgelake Drive
Metairie, LA  70002
EIN 72-1288248

Page: 1

BROTHERS FOOD MART
118 NATCHEZ TRACE DRIVE
HARVEY  LA  70058

03/31/2016
File No: 4071-0001H
Invoice/Statement No: 129073

Attn: SETH M. NEHRBASS

TRADEMARK INFRINGE

## Fees

| Date | TK | Description | Rate | Hours | Total |
|---|---|---|---|---|---|
| 03/22/2016 | MMM | Brothers Food Mart - Multiple phone conferences (5) with S. Nehrbass re: recordation of ruling in public record; email from S. Nehrbass re: same | 275.00 | 0.60 | 165.00 |
| 03/23/2016 | KSE | Phone calls to Middle District Federal Court clerks office re: certified copy; phone calls to East Baton Rouge Parish recording dept re: same; | 165.00 | 0.80 | 132.00 |
| | MMM | Confer with K. Elmer re: obtaining certified Ruling and Order; emails to and from K. Elmer re: same | 165.00 | 0.40 | 66.00 |
| | MMM | Legal research re: recordation of non-monetary Federal ruling in Louisiana; email re: same to S. Nehrbass; receipt and review of reply to same | 275.00 | 0.70 | 192.50 |
| | KSE | Legal research re: judicial mortgages, filing federal judgment in LA mortgage records and relation back of later monetary judgment | 165.00 | 1.00 | 165.00 |
| | EJD | Review email re: judgment lien | 325.00 | 0.20 | 65.00 |
| | KSE | Legal research re: judicial mortgages, filing federal judgment in LA mortgage records and relation back of later monetary judgment  (No Charge) | 0.00 | 1.00 | |
| 03/24/2016 | MMM | Review legal research supplied by K. Elmer re: recordation of non-monetary federal judgment in public records; email from S. Nehrbass re: filing of notice of lis pendens; research re: filing of lis pendens; email to S. Nehrbass re: same | 275.00 | 0.60 | 165.00 |
| | | For Current Services Rendered | | 5.30 | 950.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Eric J. Derbes | 0.20 | $325.00 | $65.00 |
| Melanie M. Mulcahy | 0.40 | 165.00 | 66.00 |
| Melanie M. Mulcahy | 1.90 | 275.00 | 522.50 |
| Kaja S. Elmer | 1.00 | 0.00 | 0.00 |
| Kaja S. Elmer | 1.80 | 165.00 | 297.00 |

EX. J - P. 1 of 11

BROTHERS FOOD MART

TRADEMARK INFRINGE

| | |
|---|---:|
| Total Amount of This Invoice | 950.50 |
| Balance Due as of 03/31/2016 | $950.50 |

Please include invoice and file number with payment. If you have funds in our trust account on retainer, payment should be reflected on an accompanying statement.

Payment by credit card is accepted. Please use the enclosed form. Also, payment by debit card is accepted by swiping your card and entering your PIN in our office.

Please feel free to call Desire' at 504.837.1230 with any questions or problems about your bill.

DUE UPON RECEIPT

The Derbes Law Firm, L.L.C.
3027 Ridgelake Drive
Metairie, LA 70002
EIN 72-1288248

Page: 1

BROTHERS FOOD MART  
118 NATCHEZ TRACE DRIVE  
HARVEY LA 70058

04/30/2016  
File No: 4071-0001H  
Invoice/Statement No: 129432

Attn: SETH M. NEHRBASS

TRADEMARK INFRINGE

| | | | | | |
|---|---|---|---|---|---|
| Previous Balance | | | | | $950.50 |

**Fees**

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/15/2016 | MMM | Phone conference with Seth Nehrbass re: possible moving of assets by judgment debtor | 275.00 | 0.30 | 82.50 |
| | | For Current Services Rendered | | 0.30 | 82.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Melanie M. Mulcahy | 0.30 | $275.00 | $82.50 |

Total Amount of This Invoice  82.50

Balance Due as of 04/30/2016  $1,033.00

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 1,033.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Please include invoice and file number with payment. If you have funds in our trust account on retainer, payment should be reflected on an accompanying statement.

Payment by credit card is accepted. Please use the enclosed form. Also, payment by debit card is accepted by swiping your card and entering your PIN in our office.

Please feel free to call Desire' at 504.837.1230 with any questions or problems about your bill.

DUE UPON RECEIPT

The Derbes Law Firm, L.L.C.
3027 Ridgelake Drive
Metairie, LA 70002
EIN 72-1288248

Page: 1
05/31/2016

BROTHERS FOOD MART
118 NATCHEZ TRACE DRIVE
HARVEY LA 70058

File No: 4071-0001H
Invoice/Statement No: 129911

Attn: SETH M. NEHRBASS

TRADEMARK INFRINGE

| | |
|---|---|
| Previous Balance | $1,033.00 |

<u>Payments</u>

| | | |
|---|---|---|
| 05/02/2016 | Payment - thank you | -950.50 |
| | Balance Due as of 05/31/2016 | $82.50 |

Aged Due Amounts

| <u>0-30</u> | <u>31-60</u> | <u>61-90</u> | <u>91-120</u> | <u>121-180</u> | <u>181+</u> |
|---|---|---|---|---|---|
| 0.00 | 82.50 | 0.00 | 0.00 | 0.00 | 0.00 |

Please include invoice and file number with payment. If you have funds in our trust account on retainer, payment should be reflected on an accompanying statement.

Payment by credit card is accepted. Please use the enclosed form. Also, payment by debit card is accepted by swiping your card and entering your PIN in our office.

Please feel free to call Desire' at 504.837.1230 with any questions or problems about your bill.

DUE UPON RECEIPT

EX. J - P. 4 of 11

The Derbes Law Firm, L.L.C.
3027 Ridgelake Drive
Metairie, LA  70002
EIN 72-1288248

Page: 1

BROTHERS FOOD MART
118 NATCHEZ TRACE DRIVE
HARVEY  LA  70058

06/30/2016
File No:  4071-0001H
Invoice/Statement No:  130300

Attn: SETH M. NEHRBASS

TRADEMARK INFRINGE

| | | |
|---|---|---|
| | Previous Balance | $82.50 |
| | **Payments** | |
| 06/06/2016 | Payment - thank you | -82.50 |
| | Balance Due as of 06/30/2016 | $0.00 |

Please include invoice and file number with payment.  If you have funds in our trust account on retainer, payment should be reflected on an accompanying statement.

Payment by credit card is accepted.  Please use the enclosed form.  Also, payment by debit card is accepted by swiping your card and entering your PIN in our office.

Please feel free to call Desire' at 504.837.1230 with any questions or problems about your bill.

DUE UPON RECEIPT

The Derbes Law Firm, L.L.C.
3027 Ridgelake Drive
Metairie, LA   70002
EIN 72-1288248

Page: 1
08/31/2016

BROTHERS FOOD MART
118 NATCHEZ TRACE DRIVE
HARVEY  LA  70058

File No: 4071-0001H
Invoice/Statement No: 131185

Attn: SETH M. NEHRBASS

TRADEMARK INFRINGE

### Fees

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/29/2016 | MMM | Receipt and review of email from S. Nehrbass re: collection efforts | 275.00 | 0.10 | 27.50 |
| 08/02/2016 | MMM | Receipt and review of email from S. Nehrbass re: collection and revocatory action; voice message from and to same; email to same and phone conference with same | 275.00 | 0.40 | 110.00 |
| 08/12/2016 | MMM | Receipt and review of email from S. Nehrbass to opposing counsel re: discovery responses | 275.00 | 0.10 | 27.50 |
| 08/26/2016 | MMM | Receipt and review of emails between S. Nehrbass and opposing counsel, Chris Alexander, re: discovery response deadline and vacation of order suspending deadlines | 275.00 | 0.10 | 27.50 |
| 08/31/2016 | MMM | Phone conference with S. Nehrbass re: collection efforts | 275.00 | 0.20 | 55.00 |
|  | MMM | Receipt and review of email from S. Nehrbass to opposing counsel re: discovery responses | 275.00 | 0.10 | 27.50 |
|  |  | For Current Services Rendered |  | 1.00 | 275.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Melanie M. Mulcahy | 1.00 | $275.00 | $275.00 |

Total Amount of This Invoice                                                       275.00

Balance Due as of 08/31/2016                                                       $275.00

Page: 2
08/31/2016
File No: 4071-0001H
Invoice/Statement No: 131185

BROTHERS FOOD MART

TRADEMARK INFRINGE

Please include invoice and file number with payment. If you have funds in our trust account on retainer, payment should be reflected on an accompanying statement.

Payment by credit card is accepted. Please use the enclosed form. Also, payment by debit card is accepted by swiping your card and entering your PIN in our office.

Please feel free to call Desire' at 504.837.1230 with any questions or problems about your bill.

DUE UPON RECEIPT

The Derbes Law Firm, L.L.C.
3027 Ridgelake Drive
Metairie, LA 70002
EIN 72-1288248

Page: 1
BROTHERS FOOD MART                              09/30/2016
118 NATCHEZ TRACE DRIVE            File No:        4071-0001H
HARVEY LA 70058                    Invoice/Statement No:   131588

Attn: SETH M. NEHRBASS

TRADEMARK INFRINGE

Previous Balance                                                     $275.00

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 09/01/2016 | MMM | Receipt and review of email from C. Alexander re: discovery | 275.00 | 0.10 | 27.50 |
| 09/06/2016 | MMM | Receipt and review of emails (4) between J. Forrest, S. Nehrbass, and C. Alexander re: discovery deadlines | 275.00 | 0.30 | 82.50 |
| 09/07/2016 | MMM | Receipt and review of email from S. Nehrbass re: Motion for Extension of Discovery Deadlines | 275.00 | 0.10 | 27.50 |
| 09/23/2016 | MMM | Receipt and review of email from S. Nehrbass to client re: discovery deadlines and how to proceed | 275.00 | 0.20 | 55.00 |
| | MMM | Receipt and review of voice message from S. Nehrbass | 275.00 | 0.10 | 27.50 |
| 09/27/2016 | MMM | Receipt and review of email from S. Nehrbass re: contacting client to discuss how to proceed | 275.00 | 0.10 | 27.50 |
| | | For Current Services Rendered | | 0.90 | 247.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Melanie M. Mulcahy | 0.90 | $275.00 | $247.50 |

Total Amount of This Invoice                                          247.50

Balance Due as of 09/30/2016                                         $522.50

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 522.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Page: 2
09/30/2016
File No: 4071-0001H
Invoice/Statement No: 131588

BROTHERS FOOD MART

TRADEMARK INFRINGE

Please include invoice and file number with payment. If you have funds in our trust account on retainer, payment should be reflected on an accompanying statement.

Payment by credit card is accepted. Please use the enclosed form. Also, payment by debit card is accepted by swiping your card and entering your PIN in our office.

Please feel free to call Desire' at 504.837.1230 with any questions or problems about your bill.

DUE UPON RECEIPT

The Derbes Law Firm, L.L.C.
3027 Ridgelake Drive
Metairie, LA   70002
EIN 72-1288248

Page: 1
10/31/2016

BROTHERS FOOD MART
118 NATCHEZ TRACE DRIVE
HARVEY  LA  70058

File No:     4071-0001H
Invoice/Statement No:     131982

Attn: SETH M. NEHRBASS

TRADEMARK INFRINGE

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| | | Previous Balance | | | $522.50 |
| | | **Fees** | | | |
| 10/04/2016 | MMM | Receipt and review of email from S. Nehrbass re:  impending discovery deadline and method for proceeding | 275.00 | 0.10 | 27.50 |
| 10/07/2016 | MMM | Receipt and review of email from S. Nehrbass to E. Hamdan re: impending discovery deadline and method for proceeding | 275.00 | 0.10 | 27.50 |
| | MMM | Receipt and review of email from S. Nehrbass re: confirmation of conversation with E. Hamdan | 275.00 | 0.10 | 27.50 |
| 10/28/2016 | MMM | Phone conference with E. Hamdan re:  collection matters and further discovery; email to Mr. Hamdan confirming same | 275.00 | 0.40 | 110.00 |
| | | For Current Services Rendered | | 0.70 | 192.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Melanie M. Mulcahy | 0.70 | $275.00 | $192.50 |

Total Amount of This Invoice                                         192.50

**Payments**

10/13/2016   Payment - thank you                                   -275.00

Balance Due as of 10/31/2016                                      $440.00

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 192.50 | 247.50 | 0.00 | 0.00 | 0.00 | 0.00 |

EX. J - P. 10 of 11

Page: 2
BROTHERS FOOD MART  
10/31/2016  
File No: 4071-0001H  
Invoice/Statement No: 131982

TRADEMARK INFRINGE

Please include invoice and file number with payment. If you have funds in our trust account on retainer, payment should be reflected on an accompanying statement.

Payment by credit card is accepted. Please use the enclosed form. Also, payment by debit card is accepted by swiping your card and entering your PIN in our office.

Please feel free to call Desire' at 504.837.1230 with any questions or problems about your bill.

DUE UPON RECEIPT