UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IMAD FAIEZ HAMDAN | * | CIVIL ACTION NO. 3:15-cv-00412 |
| *Plaintiff* | * | |
| | * | JUDGE BRIAN A. JACKSON |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE ERIN |
| TIGER BROTHERS FOOD MART | * | WILDER-DOOMES |
| INC. | * | |
| | * | |
| *Defendant* | * | |

**********************************

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DAMAGES

MAY IT PLEASE THE COURT:

Defendant, TIGER BROTHERS FOOD MART, INC., by and through its undersigned counsel, hereby file the following Opposition to Plaintiff's Motion for Damages.

**I.    Alleged Profits and Damages:**

Defendant denies that Plaintiff is entitled to Defendant's Profits. Further, if this Court finds at its discretion that Plaintiff is entitled to an award of profits, the amount alleged by Plaintiff is unjust.

Plaintiff's allegation that bank deposits equate to profits is ridiculous. The best contemporaneous evidence of this businesses profit is the tax return that shows a loss.

Defendant has attempted to gather any and all documents necessary to further evidence that the business lost money during its time as "Tiger Brothers". However, due to circumstances beyond the control of Defendant and undersigned, it has been difficult to obtain and/or re-create.

Therefore, Defendant retained the services of an expert in this matter. As Defendant, previously provided to the Court, Defendant's Expert is currently serving as an expert on a case in Houston, Texas. Said expert will be available to testify at a Hearing in this matter.

1

## II.   Attorney Fees:

This is not an "exceptional case" as defined by the Fifth Circuit. Any alleged infringement by the Defendant was not malicious, fraudulent, deliberate or willful. Therefore, Plaintiff is not entitled to attorney fees.

## III.   Conclusion:

This Court should reserve Judgment until such time as a Hearing can be heard in this matter, where Defendant's expert can provide evidence as to the Defendant's actual profits. Further, Plaintiff's request for attorney fees should be denied, as this is not an exceptional case as defined by the Fifth Circuit.

Date: February 20, 2017.

**Respectfully Submitted By:**
Law Office J. Christopher Alexander, Sr., LLC

Attorney and Counselor at Law

*/s/ J. Christopher Alexander, Sr.*

_____

J. Christopher Alexander, Sr., Esq.
Louisiana Bar Roll No.: 26591
Jennifer Aycock Motlow, Esq.
Louisiana Bar Roll No.: 28,308
3751 Government Street, Suite "A"
Baton Rouge, Louisiana 70806
225-761-9456 (telephone)
225-761-7899 (facsimile)
jca@jcalaw.us
jam@jcalaw.us

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 20th day of February, 2017, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing was sent to all counsel of record via the Court's electronic notifications system, or via electronic mail or U.S. Mail properly addressed and postage pre-paid.

/s/ J. Christopher Alexander, Sr.
J. Christopher Alexander, Sr., Esq.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IMAD FAIEZ HAMDAN | * | CIVIL ACTION NO. 3:15-cv-00412 |
| *Plaintiff* | * | |
| | * | JUDGE BRIAN A. JACKSON |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE ERIN |
| TIGER BROTHERS FOOD MART | * | WILDER-DOOMES |
| INC. | * | |
| | * | |
| *Defendant* | * | |

**************************************

## ORDER

Considering the Defendant's, Opposition to Plaintiff's Motion for Damages:

**CONSIDERING** of the facts therein alleged and the law and equities applicable thereunto:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Damages is set for a contradictory hearing on the _____ day of _____, 2017, at _____ A.M/P.M.,

**THUS DONE, SIGNED, AND ORDERED** on this the _____ day of _____, 2017, in the City of Baton Rouge, State of Louisiana.

.      Baton Rouge, Louisiana, this _____ day of _____, 2017.


By: _____
       JUDGE

1