# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IMAD HAMDAN | CIVIL ACTION |
| VERSUS | |
| TIGER BROTHERS FOOD MART INC. | NO.: 15-00412-BAJ-EWD |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 56)** pursuant to 28 U.S.C. § 636(b)(1). The Magistrate Judge recommends granting in part and denying in part Plaintiff's Motion for Damages (Doc. 51).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 56). Neither party objected. Having carefully considered this matter, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation, (Doc. 56)**, is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the **Motion for Damages (Doc. 51)** is **GRANTED IN PART** and **DENIED IN PART.** To the extent Plaintiff seeks attorney's fees of $48,684.00, Plaintiff's Motion is **GRANTED IN PART** and Plaintiff is awarded $8,538.80 in reasonable attorney's fees. To the extent that Plaintiff seeks an award of $642,671.05 in damages, the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

Baton Rouge, Louisiana, this 18th day of June, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**